■ LLOYD HIRD, Respondent, v HYACINTH HIRD, Appellant.—Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted plaintiff a judgment of divorce on the ground of cruel and inhuman treatment. Although the court should have stated "the facts it deems essential" (CPLR 4213 [b]), reversal is not required because

the record on appeal is complete and permits this court to make the proper findings (see, *Katzenstein v Katzenstein,* 90 AD2d 533, 534; *Schwartz v Schwartz,* 52 AD2d 874; *Keklak v Keklak,* 49 AD2d 926). The testimony established that defendant physically and verbally abused and threatened plaintiff and that defendant was involved in an extramarital relationship during the marriage (see, *Pfeil v Pfeil,* 100 AD2d 725; *Barry v Barry,* 93 AD2d 797; *McPherson v McPherson,* 53 AD2d 791). Corroboration of plaintiff's testimony was not required (see, *Borg v Borg,* 107 AD2d 777, 778, *lv denied* 65 NY2d 606; *D'Amato v D'Amato,* 96 AD2d 849). (Appeal from Judgment of Supreme Court, Kings County, Rigler, J.—Divorce.) Present—Denman, J. P., Green, Balio, Davis and Lowery, JJ.